IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CAITLIN LOT KANNAN (formerly Caitlin Lot Vansouphet)                                    PLAINTIFF

v.                                    Civil No. 2:16-CV-02213

MARK GREEN and BILL HOLLENBECK                                    DEFENDANTS

## JUDGMENT

For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 12th day of June 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE